**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD BENTLEY, et al., | No. 2:20-CV-0625-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| INTEGON NATIONAL INSURANCE COMPANY, | |
| Defendant. | |

      Plaintiffs, who are proceeding with retained counsel, bring this civil action. This matter is set for an initial scheduling conference before the undersigned in Redding, California, on August 5, 2020, at 10:00 a.m. Due to the continued closure to the public of the courthouses in the Eastern District of California, see General Order No. 618, all parties shall be required to appear telephonically through CourtCall.

      IT IS SO ORDERED.

Dated: July 14, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1