J. Edward Kerley (175695)
Dylan L. Schaffer (153612)
Christopher Carling (254166)
Kerley Schaffer LLP
1939 Harrison Street, #500
Oakland, California 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350

Attorneys for Plaintiffs

Stephen M. Hayes (SBN 83583)
Cherie M. Sutherland (SBN 217992)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE, LLP
999 Skyway Road, Suite 310
San Carlos, California 94070
Telephone: (650) 637-9100
Facsimile: (650) 637-8071

Attorneys for Defendant

UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD BENTLEY,** an individual, and **BRIDGETT BENTLEY**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**INTEGON NATIONAL INSURANCE COMPANY,** a North Carolina corporation, and **DOES 1-10**.<br><br>Defendants. | Case No. 2:20-cv-00625-KJM-DMC<br><br>**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER** |

JOINT STIPULATION AND ORDER

Plaintiffs Ronald and Brigette Bentley ("Plaintiffs") and Defendant Integon National Insurance Company ("Defendant") respectfully submit this Stipulation and Proposed Order to modify the current scheduling order as it relates to expert discovery and the deadline for the Court to hear dispositive motions in this matter.

**RECITALS**

WHEREAS, Plaintiffs filed their complaint in this action on March 23, 2020;

WHEREAS, Defendant filed its answer to the complaint on April 21, 2020;

WHEREAS, the Court issued its scheduling Order relating to deadlines for Rule 26 disclosures, including those relating to the disclosure of expert witnesses on August 7, 2020;

WHEREAS, the August 7, 2020 Order provided for the following deadlines relating to expert witness disclosures and discovery and dispositive motions:

| | |
|---|---|
| Exchange of initial lists of experts (FRCP 26(a)(2)(A) and (B)): | November 12, 2021 |
| Exchange of rebuttal experts: | December 13, 2021 |
| Dispositive motion hearing deadline: | February 4, 2022 |

WHEREAS, due to a mistake and oversight on the part of Plaintiffs' counsel due to multiple trials occurring in other matters as well as an office move occurring over the weekend of November 12th through November 15th, Plaintiff was unable to participate in a mutual exchange of expert witness lists by the initial deadline on November 12, 2021.

WHEREAS Plaintiffs' counsel sought an accommodation from Defendant's counsel to extend the date for the expert witness exchange in order to correct the oversight and prevent prejudice to Plaintiffs, while offering to agree to extend other deadlines as needed or requested by Defendant to ensure no prejudice to Defendant as a result of any extension or delay in the exchange of expert witness lists;

WHEREAS Defendant and Defendant's counsel have agreed to extend the dates for exchange of initial lists of experts for three weeks to December 3, 2021 and exchange of rebuttal experts for one week to December 20, 2021.

1  WHEREAS it appears the Court is unavailable for a hearing on a dispositive motion on
2  February 4, 2022, the Parties agree to extend the deadline for the Court to hear a dispositive motion in
3  this case shall be extended for one week to February 11, 2022.
4  WHEREAS there is no trial date set in this matter and this is the first request of the Parties to
5  extend any of the deadlines set forth in the initial scheduling Order,

## STIPULATION

7  THEREFORE, the Parties, by and through their respective counsel of record, agree and
8  stipulate to modify the scheduling Order as follows:

| Deadline for exchange of initial expert witness lists (FRCP 26(a)(2)(A) and (B)) | December 3, 2021 (currently November 12, 2021) |
|---|---|
| Deadline for exchange rebuttal expert witness lists | December 20, 2021 (currently December 13, 2021) |
| Deadline to have dispositive motions noticed and heard | February 11, 2022 (currently February 4, 2022) |

15  All other deadlines set forth in the Court's August 7, 2020 Order shall remain.
16  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Date: 11/16/21                                          Kerley Schaffer LLP

/s/ Christopher Carling
Christopher Carling
Attorneys for Plaintiffs

Date: 11/16/21                                          Hayes Scott Bonino Ellingson et al.

/s/ Cherie M. Sutherland
Cherie M. Sutherland
Attorneys for Defendant

3

**ORDER**

Pursuant to the Parties' Stipulation and good cause appearing, the Order entered August 7, 2020 is revised as follows:

| | |
|---|---|
| Deadline for exchange of initial expert witness lists (FRCP 26(a)(2)(A) and (B): | December 3, 2021 |
| Deadline for exchange rebuttal expert witness lists: | December 20, 2021 |
| Deadline to have dispositive motions noticed and heard: | February 11, 2022 |

All other deadlines set forth in the Court's August 7, 2020 Order shall remain.

IT IS SO ORDERED.

Dated: November 19, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER