STEPHEN M. HAYES (SBN 83583)
CHERIE M. SUTHERLAND (SBN 217992)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE, LLP
999 Skyway Road, Suite 310
San Carlos, California 94070
Telephone:   (650) 637-9100
Facsimile:   (650) 637-8071

Attorneys for Defendant
INTEGON NATIONAL INSURANCE COMPANY

J. EDWARD KERLEY (SBN 175695)
DYLAN L. SCHAFFER (SBN 153612)
CHRISTOPHER R. CARLING (SBN 254166)
KERLEY SCHAFFER LLP
1939 Harrison Street, Suite 500
Oakland, CA 94612
Telephone: 510.379.5801
Facsimile: 510.228.0350

Attorneys for Plaintiffs
RONALD BENTLEY and
BRIGITTE BENTLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BENTLEY, an individual, and BRIGITTE BENTLEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGON NATIONAL INSURANCE COMPANY, a North Carolina corporation, and DOES 1 - 10,<br><br>Defendant. | CASE NO.: 2:20-CV-00625-KJM-DMC<br><br>**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER** |

1122708                                                          1

Plaintiffs Ronald and Brigette Bentley ("Plaintiffs") and Defendant Integon National Insurance Company ("Defendant") respectfully submit this Stipulation and Proposed Order to modify the current scheduling order as it relates to expert discovery.

**RECITALS**

**WHEREAS**, Plaintiffs filed their complaint in this action on March 23, 2020;

**WHEREAS**, Defendant filed its answer to the complaint on April 21, 2020;

**WHEREAS**, the Court issued its scheduling Order relating to deadlines for Rule 26 disclosures, including those relating to the disclosure of expert witnesses and expert witness discovery on August 7, 2020 (Dkt. 14);

**WHEREAS**, the Court modified its scheduling Order relating to the deadline for exchange of initial expert witness lists, deadline for exchange of rebuttal experts witness lists, and deadline to have dispositive motions noticed and heard on November 19, 2021 (Dkt. 17);

**WHEREAS**, Defendant intends to file a motion for summary judgment, or in the alternative, partial summary judgment with a hearing on February 11, 2022;

**WHEREAS**, the Partis intend to complete their non-expert discovery by the Court's Order deadline of January 17, 2021;

**WHEREAS**, the Parties agree to rebuttal expert lists and reports to be completed after the non-expert deadline of January 17, 2021;

**WHEREAS**, the Parties agree to continue the deadline to conduct expert discovery to continue the rebuttal deadline;

**WHEREAS**, the Parties agree to continue the deadline to conduct expert discovery as the Parties recognize that the Court's determination of a motion for summary judgment or partial summary judgment would either terminate this case or significantly narrow the issues relevant for trial and expert discovery;

**WHEREAS,** there is no trial date set in this matter and this is the second request of the Parties to extend any of the deadlines set forth in the initial scheduling Order,

**STIPULATION**

**NOW, THEREFORE IT IS AGREED AS FOLLOWS:**

The Parties, by and through their respective counsel of record, agree and stipulate to modify the scheduling Order as follows:

| | |
|---|---|
| Deadline for exchange rebuttal expert witness lists | January 28, 2022 (currently December 20, 2021) |
| Deadline to conduct expert discovery | March 11, 2022 (currently January 17, 2022) |

All other deadlines set forth in the Court's August 7, 2020 and November 19, 2021 modified Order shall remain.

We agree and stipulate to the entry of this Order:

**SO STIPULATED.**

Dated:  December 21, 2021          KERLEY SCHAFFER LLP


By      /S/ J. Edward Kerley
          J. EDWARD KERLEY
          DYLAN L. SCHAFFER
          CHRISTOPHER R. CARLING
          Attorneys for Plaintiffs
          RONALD BENTLEY and
          BRIGITTE BENTLEY

Dated:  December 21, 2021          HAYES SCOTT BONINO ELLINGSON
                                   GUSLANI SIMONSON & CLAUSE, LLP


By:      /S/ Cherie M. Sutherland
          STEPHEN M. HAYES
          CHERIE M. SUTHERLAND
          Attorneys for Defendant
          INTEGON NATIONAL INSURANCE COMPANY

**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER
CASE NO.: 2:20-CV-00625-KJM-DMC**

## **ORDER**

Pursuant to the Parties' Stipulation and good cause appearing, the Orders entered August 7, 2020 and November 19, 2021 are revised as follows:

| | |
|---|---|
| Deadline for exchange of rebuttal expert witness lists: | January 28, 2022 |
| Deadline to complete expert discovery, including motions pertaining to such discovery: | March 11, 2022 |

Because the parties have now stipulated to completion of discovery by a date later than the current dispositive motion hearing deadline of February 11, 2022, the Court sua sponte extends the dispositive motion hearing deadline to May 13, 2022.

**IT IS SO ORDERED.**

**Dated:  December 21, 2021**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE