1  STEPHEN M. HAYES (SBN 83583)
   CHERIE M. SUTHERLAND (SBN 217992)
2  HAYES SCOTT BONINO ELLINGSON
   GUSLANI SIMONSON & CLAUSE, LLP
3  999 Skyway Road, Suite 310
4  San Carlos, California 94070
   Telephone:    (650) 637-9100
5  Facsimile:    (650) 637-8071

6  Attorneys for Defendant
7  INTEGON NATIONAL INSURANCE COMPANY

8  J. EDWARD KERLEY (SBN 175695)
   DYLAN L. SCHAFFER (SBN 153612)
9  CHRISTOPHER R. CARLING (SBN 254166)
   KERLEY SCHAFFER LLP
10 1939 Harrison Street, Suite 500
   Oakland, CA 94612
11 Telephone: 510.379.5801
   Facsimile: 510.228.0350
12
   Attorneys for Plaintiffs
13 RONALD BENTLEY and
   BRIGITTE BENTLEY
14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

18 | RONALD BENTLEY, an individual, and | CASE NO.: 2:20-CV-00625-KJM-DMC |
   | BRIGITTE BENTLEY, an individual, | |
19 | | |
   | Plaintiffs, | **JOINT STIPULATION AND ORDER** |
20 | | **MODIFYING SCHEDULING ORDER** |
21 | v. | |
22 | INTEGON NATIONAL INSURANCE | |
   | COMPANY, a North Carolina corporation, and | |
23 | DOES 1 - 10, | |
24 | Defendant. | |
25

26

27

28

1902523                                  1

**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER**
**CASE NO.: 2:20-CV-00625-KJM-DMC**

Plaintiffs Ronald and Brigette Bentley ("Plaintiffs") and Defendant Integon National Insurance Company ("Defendant") respectfully submit this Stipulation and Proposed Order to modify the current scheduling order as it relates to non-expert discovery.

**RECITALS**

**WHEREAS**, Plaintiffs filed their complaint in this action on March 23, 2020;

**WHEREAS**, Defendant filed its answer to the complaint on April 21, 2020;

**WHEREAS**, the Court issued its scheduling Order relating to deadlines for Rule 26 disclosures, including those relating to non-expert discovery on August 7, 2020 (Dkt. 14);

**WHEREAS**, the Court modified its scheduling Order relating to the deadline for exchange of initial expert witness lists, deadline for exchange of rebuttal experts witness lists, and deadline to have dispositive motions noticed and heard on November 19, 2021 (Dkt. 17);

**WHEREAS**, the Court modified its scheduling Order relating to the deadline for exchange of rebuttal experts witness lists and to complete expert discovery per the Parties stipulation on December 21, 2021 (Dkt.21);

**WHEREAS**, the Court sue sponte extended the dispositive motion hearing deadline to May 13, 2022 on December 21, 2021 (Dkt. 21);

**WHEREAS**, the extension of time to have dispositive motions heard provides the Parties with needed additional time to conduct non-expert discovery, the Parties agree to continue the deadline to conduct non-expert discovery to March 11, 2022;

**WHEREAS,** there is no trial date set in this matter and this is the third request of the Parties to extend any of the deadlines set forth in the initial scheduling Order,

**STIPULATION**

**NOW, THEREFORE IT IS AGREED AS FOLLOWS:**

The Parties, by and through their respective counsel of record, agree and stipulate to modify the scheduling Order as follows:

Deadline to conduct non-expert discovery
<u>March 11, 2022</u>
<u>(currently January 17, 2022)</u>

All other deadlines set forth in the Court's August 7, 2020 Order, November 19, 2021 modified Order, and December 21, 2021 modified Order shall remain.

We agree and stipulate to the entry of this Order:

**SO STIPULATED.**

Dated: January 5, 2022            KERLEY SCHAFFER LLP

By      <u>/S/ Christopher R. Carling</u>
          J. EDWARD KERLEY
          DYLAN L. SCHAFFER
          CHRISTOPHER R. CARLING
          Attorneys for Plaintiffs
          RONALD BENTLEY and
          BRIGITTE BENTLEY

Dated: January 5, 2022            HAYES SCOTT BONINO ELLINGSON
                                  GUSLANI SIMONSON & CLAUSE, LLP


By:   <u>/S/ Cherie M. Sutherland</u>
        STEPHEN M. HAYES
        CHERIE M. SUTHERLAND
        Attorneys for Defendant
        INTEGON NATIONAL INSURANCE COMPANY

# **ORDER**

Pursuant to the Parties' Stipulation and good cause appearing, the Order entered August 7, 2020 is revised as follows:

Deadline to complete non-expert discovery:

March 11, 2022

**IT IS SO ORDERED.**

Dated:  January 5, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE