STEPHEN M. HAYES (SBN 83583)
CHERIE M. SUTHERLAND (SBN 217992)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE, LLP
999 Skyway Road, Suite 310
San Carlos, California 94070
Telephone:   (650) 637-9100
Facsimile:   (650) 637-8071

Attorneys for Defendant
INTEGON NATIONAL INSURANCE COMPANY

J. EDWARD KERLEY (SBN 175695)
DYLAN L. SCHAFFER (SBN 153612)
CHRISTOPHER R. CARLING (SBN 254166)
KERLEY SCHAFFER LLP
1939 Harrison Street, Suite 500
Oakland, CA 94612
Telephone: 510.379.5801
Facsimile: 510.228.0350

Attorneys for Plaintiffs
RONALD BENTLEY and
BRIGITTE BENTLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BENTLEY, an individual, and BRIGITTE BENTLEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGON NATIONAL INSURANCE COMPANY, a North Carolina corporation, and DOES 1 - 10,<br><br>Defendant. | CASE NO.: 2:20-CV-00625-KJM-DMC<br><br>**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER** |

Plaintiffs Ronald and Brigette Bentley ("Plaintiffs") and Defendant Integon National Insurance Company ("Defendant") respectfully submit this Stipulation and Proposed Order to modify the current scheduling order as it relates to non-expert discovery.

**RECITALS**

**WHEREAS**, Plaintiffs filed their complaint in this action on March 23, 2020;

**WHEREAS**, Defendant filed its answer to the complaint on April 21, 2020;

**WHEREAS**, the Court issued its scheduling Order relating to deadlines for Rule 26 disclosures, including those relating to non-expert discovery on August 7, 2020 (Dkt. 14);

**WHEREAS**, the Court modified its scheduling Order relating to the deadline for exchange of initial expert witness lists, deadline for exchange of rebuttal experts witness lists, and deadline to have dispositive motions noticed and heard on November 19, 2021 (Dkt. 17);

**WHEREAS**, the Court modified its scheduling Order relating to the deadline for exchange of rebuttal experts witness lists and to complete expert discovery per the Parties stipulation on December 21, 2021 (Dkt.21);

**WHEREAS**, the Court *sue sponte* extended the dispositive motion hearing deadline to May 13, 2022 on December 21, 2021 (Dkt. 21);

**WHEREAS**, the Court modified its scheduling Order relating to non-expert discovery on January 5, 2022 (Dkt. 23).

**WHEREAS**, the Parties need additional time to conduct non-expert discovery, the Parties agree to continue the deadline to conduct non-expert discovery to March 25, 2022;

**WHEREAS**, the Parties intend to file cross motions for summary judgment with a hearing date of May 6, 2022.  The Parties agree to continue the deadline to conduct expert discovery until after the hearing as the Parties recognize the Court's determination of a motion for summary judgment or partial summary judgment would either terminate this case or significantly narrow the issues relevant for trial and expert discovery.

**WHEREAS,** there is no trial date set in this matter and this is the fourth request of the Parties to extend any of the deadlines set forth in the initial scheduling Order,

# STIPULATION

**NOW, THEREFORE IT IS AGREED AS FOLLOWS:**

The Parties, by and through their respective counsel of record, agree and stipulate to modify the scheduling Order as follows:

| Deadline | New Date | Current |
|---|---|---|
| Deadline to complete non-expert discovery | March 25, 2022 | (currently March 11, 2022) |
| Deadline to complete expert discovery | July 15, 2022 | (currently March 11, 2022) |

We agree and stipulate to the entry of this Order:

**SO STIPULATED.**

Dated: February 11, 2022            KERLEY SCHAFFER LLP

By  */S/ Dylan L. Schaffer*
J. EDWARD KERLEY
DYLAN L. SCHAFFER
CHRISTOPHER R. CARLING
Attorneys for Plaintiffs
RONALD BENTLEY and
BRIGITTE BENTLEY

Dated: February 11, 2022            HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE, LLP

By:   */S/ Cherie M. Sutherland*
STEPHEN M. HAYES
CHERIE M. SUTHERLAND
Attorneys for Defendant
INTEGON NATIONAL INSURANCE COMPANY

# ORDER

Pursuant to the Parties' Stipulation and good cause appearing, the Order entered August 7, 2020 is revised as follows:

| | |
|---|---|
| Deadline to complete non-expert discovery: | March 25, 2022 |
| Deadline to complete expert discovery: | July 15, 2022 |

**IT IS SO ORDERED.**

Dated:  February 11, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE