J. Edward Kerley (175695)
Dylan L. Schaffer (153612)
Kerley Schaffer LLP
1939 Harrison Street, #900
Oakland, California 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350

Attorneys for Plaintiffs

Stephen M. Hayes (SBN 83583)
Cherie M. Sutherland (SBN 217992)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE, LLP
999 Skyway Road, Suite 310
San Carlos, California 94070
Telephone: (650) 637-9100
Facsimile: (650) 637-8071

Attorneys for Defendant

UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD BENTLEY,** an individual, and **BRIDGETT BENTLEY**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**INTEGON NATIONAL INSURANCE COMPANY,** a North Carolina corporation, and **DOES 1-10**.<br><br>Defendants. | Case No. 2:20-cv-00625-KJM-DMC<br><br>**JOINT STIPULATION AND ORDER MODIFYING EXISTING DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

Plaintiffs Ronald and Brigette Bentley ("Plaintiffs") and Defendant Integon National Insurance Company ("Defendant") respectfully submit this Stipulation and Proposed Order to modify the current scheduling order as it relates to fact and expert discovery and the deadline for the Court to hear dispositive motions in this matter.

**RECITALS**

1. WHEREAS, Plaintiffs filed their complaint in this action on March 23, 2020;

2. WHEREAS, Defendant filed its answer to the complaint on April 21, 2020;

3. WHEREAS, on August 7, 2020, the Court issued its scheduling Order relating to deadlines for Rule 26 disclosures, including deadlines for the completion of fact and expert discovery as well as the deadline for the Court to hear a dispositive motion (Dkt. 14);

4. WHEREAS, pursuant to stipulations of the Parties relating to extensions of the discovery deadlines and related court orders, the relevant operative discovery and dispositive motion deadlines are as follows:

| | |
|---|---|
| Completion of fact discovery: | March 25, 2022 (Dkt. 25) |
| Completion of expert discovery: | July 15, 2022 (Dkt. 25) |
| Dispositive motion hearing deadline: | May 13, 2022 (Dkt. 21) |

5. WHEREAS, the Parties having conducted most, but not all required and agreed-upon discovery, seek to suspend discovery and the deadline for a dispositive motion for the purposes of seeking a resolution of this case, including participation in private mediation;

6. WHEREAS, the Parties have agreed to a mediator and are seeking to schedule and complete private mediation within thirty (30) days of the date of this Stipulation;

7. WHEREAS, the Parties agree that the fact discovery deadline shall be extended from March 25, 2022 to August 5, 2022 on a limited basis to allow only for the following discovery/discovery related events to occur within the extended fact discovery period:

   a. Resolving by way of stipulation or noticed motion, any issues relating to Defendant's production of a witness or witnesses under Fed. Rule of Civ. Pro. 30(b)(6) on the categories relating to the financial condition of Defendant Integon National Ins. Co. along with

documents as discussed by counsel for both Parties on the record during the first session of the deposition of Defendant Integon National Ins. Co. which occurred on March 24, 2022;

      b.    Resumption and completion of the deposition of Defendant Integon National Ins. Co. under Fed. Rule of Civ. Pro. 30(b)(6) and in connection with Plaintiff's Third Amended Deposition Notice, served on March 2, 2022;

      c.    Commencement and completion of the deposition of Rick Beers;

      d.    Resolving by way of a discovery conference and/or noticed motion, any issues or disputes arising from the deposition of Defendant Integon National Ins. Co. under Fed. Rule of Civ. Pro. 30(b)(6);

      e.    Further discovery conference and/or noticed motion with respect to Scott Morrison pursuant to the Court's Order (Dkt 32);

8.    WHEREAS, the Parties agree that in order to facilitate efforts to resolve the case and complete discovery in the event attempts at resolution are not successful, the deadline for the Court to hear a dispositive motion should be extended to October 21, 2022;

9.    WHEREAS, the Parties agree that in order to facilitate efforts to resolve the case and complete discovery in the event attempts at resolution are not successful, the deadline for the completion of expert discovery should be extended to December 15, 2022;

10.    WHEREAS, there is no trial date set in this matter and the Parties agree to extend the discovery deadlines referenced above for the purposes of pursuing settlement;

## STIPULATION

THEREFORE, the Parties, by and through their respective counsel of record, agree and stipulate to modify the certain deadlines as follows:

| | |
|---|---|
| Deadline for limited fact discovery pursuant to the terms set forth in Para. 7.a. through 7.e., above | August 5, 2022 (currently March 25, 2022) |
| Deadline to have dispositive motions noticed and heard | October 21, 2022 (currently May 13, 2022) |
| Deadline to complete expert discovery | December 15, 2022 (currently July 15, 2022) |

All other deadlines shall remain.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Date: 3/28/22                                             Kerley Schaffer LLP

                                                          /s/ J. Edward Kerley
                                                          J. Edward Kerley
                                                          Dylan L. Schaffer
                                                          Christopher Carling
                                                          Attorneys for Plaintiffs

Date: 3/25/22                                             Hayes Scott Bonino Ellingson et al.

                                                          /s/ Cherie M. Sutherland
                                                          Stephen M. Hayes
                                                          Cherie M. Sutherland
                                                          Attorneys for Defendant

## ORDER

Pursuant to the Parties' Stipulation and good cause appearing, the existing deadlines relating to discovery and/or the deadline for the hearing of a dispositive motion shall be amended as follows:

| | |
|---|---|
| Deadline for limited fact discovery pursuant to the terms set forth in Para. 7.a. through 7.e., above | August 5, 2022 |
| Deadline to have dispositive motions noticed and heard: | October 21, 2022 |
| Deadline for the completion of expert discovery: | December 15, 2022 |

All other deadlines not amended shall remain as previously ordered.

IT IS SO ORDERED.

Dated:  March 30, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE